B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Hansen, Jeremy J | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>McGinnis-Hansen, Kelly L |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>AKA American Classics Homes and Development | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>AKA Kelly McGinnis; AKA Kelly Hansen |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>xxx-xx-1474 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>xxx-xx-3608 |
| Street Address of Debtor (No. and Street, City, and State):<br>637 Lancaster Drive<br>Pingree Grove, IL<br>ZIP Code 60140 | Street Address of Joint Debtor (No. and Street, City, and State):<br>1709 Dublin Trail, Apt 21<br>Neenah, WI<br>ZIP Code 54956 |
| County of Residence or of the Principal Place of Business:<br>Kane | County of Residence or of the Principal Place of Business:<br>Winnebago |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization) (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                 Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hansen, Jeremy J<br>McGinnis-Hansen, Kelly L |

**All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet)

| Location<br>Where Filed:   - None - | Case Number: | Date Filed: |
|---|---|---|
| Location<br>Where Filed: | Case Number: | Date Filed: |

**Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet)

| Name of Debtor:<br>- None - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

   ☐ Yes, and Exhibit C is attached and made a part of this petition.

   ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box)

   ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

   ☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

   ☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes)

   ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

              _____

              (Name of landlord that obtained judgment)

              _____

              (Address of landlord)

   ☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

   ☐   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

   ☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Hansen, Jeremy J<br>McGinnis-Hansen, Kelly L |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Jeremy J Hansen**
Signature of Debtor  Jeremy J Hansen

X **/s/ Kelly L McGinnis-Hansen**
Signature of Joint Debtor  Kelly L McGinnis-Hansen

Telephone Number (If not represented by attorney)

 September 6, 2013
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ R. Winston Slater**
Signature of Attorney for Debtor(s)

 R. Winston Slater 6189935
Printed Name of Attorney for Debtor(s)

 Maksymonko & Slater
Firm Name
 109 N. Main Street
 Algonquin, IL 60102

_____
Address

                    Email: attorney@winstonslater.com
 847-658-1400  Fax: 847-658-7900
Telephone Number

 September 6, 2013
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re    Jeremy J Hansen
       Kelly L McGinnis-Hansen                 Case No. _____

                                           Debtor(s)       Chapter    7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH
## CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.    Page 2

    ☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);
        ☐ Active military duty in a military combat zone.

    ☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   /s/ Jeremy J Hansen
                 Jeremy J Hansen

Date:   September  6, 2013

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
### Northern District of Illinois

In re   Jeremy J Hansen
Kelly L McGinnis-Hansen
_____
Debtor(s)

Case No. _____
Chapter   7

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* _____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

    ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

    ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

    ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

        Signature of Debtor:   /s/ Kelly L McGinnis-Hansen
                                  Kelly L McGinnis-Hansen

        Date:    September 6, 2013

B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeremy J Hansen,
            Kelly L McGinnis-Hansen

Case No. _____

                                    Debtors

Chapter _____7_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 10,200.00 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 30 | | 1,639,117.75 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 1 | | | 5,993.50 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 6,706.00 |
| Total Number of Sheets of ALL Schedules | | 42 | | | |
| Total Assets | | | 10,200.00 | | |
| Total Liabilities | | | | 1,639,117.75 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeremy J Hansen,                     Case No. _____
           Kelly L McGinnis-Hansen

                                                Debtors          Chapter _____ 7 _____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■    Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re   Jeremy J Hansen,                                          Case No. _____
        Kelly L McGinnis-Hansen

_____,
                                    Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| None | | | | |

| | Sub-Total > | 0.00 | (Total of this page) |
|---|---|---|---|
| | Total > | 0.00 | |

 0   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    Jeremy J Hansen,                                          Case No. _____
         Kelly L McGinnis-Hansen
_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand | | Wallet cash | J | 50.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | 2 - checking accounts | J | 500.00 |
| | | Savings | J | 100.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Husband's security deposit | J | 925.00 |
| | | Wife's security deposit | J | 850.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | Ordinary older furniture, 6 years old 40" flat screen TV, 2 5 year old laptop computers, miscellaneous tools including a cordless drill and miscellaneous personal and household items. | J | 1,500.00 |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | | Necessary wearing apparel. | J | 100.00 |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | Fishing equipment. | J | 50.00 |
| | | Bicycle | J | 75.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Wife has employer provided term life insurance policy with no cash value. | J | 0.00 |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >        4,150.00
(Total of this page)

__2__ continuation sheets attached to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   Jeremy J Hansen,                                                    Case No. _____
        Kelly L McGinnis-Hansen

_____,
                        Debtors

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | Wife is receiving child support in the sum of $630/month | J | 0.00 |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >          0.00
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    Jeremy J Hansen,                                                    Case No. _____
         Kelly L McGinnis-Hansen

_____,
                    Debtors

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 1999 Toyota Avalon | J | 3,500.00 |
| | | 1/3 interest in 2005 Honda Pilot; debtor Wife's parents paid for this vehicle and are on title | J | 2,500.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | House mut pet | J | 50.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 6,050.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 10,200.00 |

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/13)

.

In re   Jeremy J Hansen,                                    Case No. _____
         Kelly L McGinnis-Hansen
                                                      ,
                              Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:        ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                        $155,675. *(Amount subject to adjustment on 4/1/16, and every three years thereafter*
☐  11 U.S.C. §522(b)(2)                                                *with respect to cases commenced on or after the date of adjustment.)*
☑  11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| Wallet cash | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| 2 - checking accounts | 735 ILCS 5/12-1001(b) | 500.00 | 500.00 |
| Savings | 735 ILCS 5/12-1001(b) | 100.00 | 100.00 |
| **Household Goods and Furnishings** | | | |
| Ordinary older furniture, 6 years old 40" flat screen TV, 2 5 year old laptop computers, miscellaneous tools including a cordless drill and miscellaneous personal and household items. | 735 ILCS 5/12-1001(b) | 1,500.00 | 1,500.00 |
| **Wearing Apparel** | | | |
| Necessary wearing apparel. | 735 ILCS 5/12-1001(a) | 100.00 | 100.00 |
| **Firearms and Sports, Photographic and Other Hobby Equipment** | | | |
| Fishing equipment. | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |
| Bicycle | 735 ILCS 5/12-1001(b) | 75.00 | 75.00 |
| **Automobiles, Trucks, Trailers, and Other Vehicles** | | | |
| 1999 Toyota Avalon | 735 ILCS 5/12-1001(c) | 2,400.00 | 3,500.00 |
| | 735 ILCS 5/12-1001(b) | 1,100.00 | |
| 1/3 interest in 2005 Honda Pilot; debtor Wife's parents paid for this vehicle and are on title | 735 ILCS 5/12-1001(c) | 2,400.00 | 2,500.00 |
| **Animals** | | | |
| House mut pet | 735 ILCS 5/12-1001(b) | 50.00 | 50.00 |

___0___  continuation sheets attached to Schedule of Property Claimed as Exempt

Total:        8,325.00        8,425.00

B6D (Official Form 6D) (12/07)

In re    Jeremy J Hansen,                                                    Case No. _____
         Kelly L McGinnis-Hansen
_____,
                              Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | Value $ | | | | | |
| __0__ continuation sheets attached | | | | Subtotal (Total of this page) | | | | |
| | | | | Total (Report on Summary of Schedules) | | | 0.00 | 0.00 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6E (Official Form 6E) (4/13)

In re  Jeremy J Hansen,                                                                    Case No. _____
       Kelly L McGinnis-Hansen
_____ ,
                                           Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

    * Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____0_____ continuation sheets attached

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    Jeremy J Hansen,                              Case No. _____
          Kelly L McGinnis-Hansen
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. LC02063220 <br><br> Affinity Medical Group <br> PO BOX 1047 <br> Neenah, WI 54956 | J | | | | 11/30/12 <br> Medical | | | | 50.00 |
| Account No. 038577081-02 <br><br> Afni, Inc. <br> 404 Brock Drive <br> PO Box 3427 <br> Bloomington, IL 61702-3427 | J | | | | 06/02/10 <br> unk | | | | 104.33 |
| Account No. 580316 <br><br> Americollect Inc <br> 1851 S Alverno Rd <br> Manitowoc, WI 54220 | W | | | | Opened 2/21/12 Last Active 5/01/12 <br> Collection Radiology-Assoc-Of-The-Fox-Val | | | | 708.00 |
| Account No. 5331202281048 <br><br> Americollect Inc <br> 1851 South Alverno Road <br> Manitowoc, WI 54220 | W | | | | Opened 2/01/10 Last Active 3/01/10 <br> Collection Pick N Save Fox | | | | 86.00 |

  __29__   continuation sheets attached                                            Subtotal            948.33
                                                                 (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                              Case No. _____
         Kelly L McGinnis-Hansen
_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 185872<br><br>Americollect Inc<br>1851 South Alverno Road<br>Manitowoc, WI 54220 | | H | Opened  7/01/08  Last Active  7/01/08<br>Collection Einstein Pcs | | | | 60.00 |
| Account No. 9923061607<br><br>Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | | H | Opened  8/05/09  Last Active  8/01/09<br>Returned Check Leons Frozen Custard Inc - Osh | | | | 49.00 |
| Account No. 9923061607<br><br>Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | | H | Opened  8/05/09  Last Active  8/01/09<br>Returned Check Leons Frozen Custard Inc - Osh | | | | 49.00 |
| Account No. 185872<br><br>Americollect Inc<br>1851 South Alverno Road<br>Manitowoc, WI 54220 | | H | Opened  7/01/08  Last Active  7/01/08<br>Collection Einstein Pcs | | | | 60.00 |
| Account No. 5.3312E+12<br><br>Americollect Inc<br>1851 South Alverno Road<br>Manitowoc, WI 54220 | | W | Opened  2/01/10  Last Active  3/01/10<br>Collection Pick N Save Fox | | | | 86.00 |

| | | |
|---|---|---|
| Sheet no. __1__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | 304.00 |

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeremy J Hansen,                                          Case No. _____
        Kelly L McGinnis-Hansen

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | |
| Account No. 580316<br><br>Americollect Inc<br>1851 S Alverno Rd<br>Manitowoc, WI 54220 | | W | Opened 2/21/12 Last Active 5/01/12<br>Collection Radiology-Assoc-Of-The-Fox-Val | | | | 708.00 |
| Account No. 441760386<br><br>AmeriCredit<br>P.O. Box 78143<br>Phoenix, AZ 08506-2814 | | W | 10/15/10 | | | | 797.12 |
| Account No. 401974121<br><br>AT&T Mobility<br>PO BOX 6416<br>Carol Stream, IL 60197-6417 | | H | 08/20/13<br>Cellular | | | | 461.39 |
| Account No.<br><br>Blenker Construction Company<br>500 Lorry Street<br>P.O. Box 40<br>Amherst, WI 54406 | | J | Judgment | | | | 20,678.00 |
| Account No.<br><br>Blenker Construction Company<br>500 Lorry Street<br>P.O. Box 40<br>Amherst, WI 54406 | | J | Judgment | | | | 20,678.00 |

Sheet no. _2_ of _29_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        43,322.51

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeremy J Hansen,
        Kelly L McGinnis-Hansen
_____,   Case No. _____

                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 08CV000160<br><br>Brian & Mindi Friebel<br>12135 S. Canoe Lane<br>Suring, WI 54174 | | J | | Contract/Judgment | | | | 59,568.00 |
| Account No. 08CV000160<br><br>Brian Friebel<br>12135 S. Canoe Lane<br>Suring, WI 54174 | | J | | Contract/Judgment | | | | 59,568.00 |
| Account No.<br><br>Brian Weinberg<br>1690 Drum Corps Drive, Apt E<br>Menasha, WI 54952 | | J | | Contract | | | X | 3,860.00 |
| Account No.<br><br>Brian Weinberg<br>1690 Drum Corps Drive, Apt E<br>Menasha, WI 54952 | | J | | Contract | | | X | 3,860.00 |
| Account No. HA0067<br><br>Brown Family Dentistry<br>996 S. Green Bay Rd.<br>Neenah, WI 54956 | | H | | Billed 02/25/2013  Due 03/18/2013<br>Medical | | | | 250.10 |

Sheet no. __3__ of __29__ sheets attached to Schedule of       Subtotal       127,106.10
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen

                                                                    Case No. _____

                                                    ,
                                Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 400344268363<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | H | Opened  9/26/06  Last Active  2/01/09<br>Credit Card | | | | 2,544.00 |
| Account No. 517805725317<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | W | Opened 10/21/08  Last Active  3/01/09<br>Credit Card | | | | 2,128.00 |
| Account No. 5.17806E+11<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | W | Opened 10/21/08  Last Active  3/01/09<br>Credit Card | | | | 2,128.00 |
| Account No. 4.00344E+11<br><br>Cap One<br>Po Box 85520<br>Richmond, VA 23285 | | H | Opened  9/26/06  Last Active  2/01/09<br>Credit Card | | | | 2,544.00 |
| Account No. Capital Management Account Num<br><br>CAPITAL MANAGEMENT SERVICES, LP<br>726 Exchange Street Suite 700<br>Buffalo, NY 14210 | | J | 04/21/10<br>Collection- credit card | | | | 517.07 |

Sheet no. __4__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          9,861.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
      Kelly L McGinnis-Hansen          Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. Account #:  80003500642240001<br><br>Central Credit Services, Inc.<br>PO BOX 15118<br>Jacksonville, FL 32239-5118 | J | | 4/21/10<br>Auto Lease | | | | 8,159.35 |
| Account No. 418586302649<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | H | | Opened 12/12/06  Last Active 12/19/08<br>Credit Card | | | | Unknown |
| Account No. 418586302649<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | H | | Opened 12/12/06  Last Active 12/19/08<br>Credit Card | | | | Unknown |
| Account No. 4.18586E+11<br><br>Chase<br>Po Box 15298<br>Wilmington, DE 19850 | H | | Opened 12/12/06  Last Active 12/19/08<br>Credit Card | | | | Unknown |
| Account No. 4.18586E+11<br><br>Chase<br>P.O. Box 15298<br>Wilmington, DE 19850 | H | | Opened 12/12/06  Last Active 12/19/08<br>Credit Card | | | | Unknown |

Sheet no. __5__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          8,159.35

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                            Case No. _____
         Kelly L McGinnis-Hansen
_____,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. unk<br><br>Chase Bank Corporate Office & Headquarte<br>270 Park Avenue Floor 12<br>New York, NY 10017 | | J | Credit Card | | | | 1,272.00 |
| Account No.<br><br>CITG ConsumerCITGO Petroleum Corporation<br>P.O. Box 4689<br>Houston, TX 77210-4689 | | J | 04/21/10<br>Credit Card | | | | 517.07 |
| Account No. 511521460<br><br>Citgo/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | H | Opened 10/21/08  Last Active 12/24/08<br>Credit Card | | | | 517.00 |
| Account No. 511521460<br><br>Citgo/Cbna<br>Po Box 6497<br>Sioux Falls, SD 57117 | | H | Opened 10/21/08  Last Active 12/24/08<br>Credit Card | | | | 517.00 |
| Account No. 511521460<br><br>Citgo/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | | H | Opened 10/01/08  Last Active  1/01/09 | | | | 0.00 |

Sheet no. __6__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)            2,823.07

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                      Case No. _____
         Kelly L McGinnis-Hansen
_____ ,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 511521460 <br><br>Citgo/Citi<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | | H | Opened 10/01/08  Last Active  1/01/09 | | | | 0.00 |
| Account No. Account #: LC02063220  CCI Key <br><br>Computer Credit, Inc.<br>Claim Dept. 003005<br>125 North Executive Dr. #344<br>Brookfield, WI 53005-6012 | | J | Medical | | | | 50.00 |
| Account No. 959301 <br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 12/01/08  Last Active  3/01/09<br>Medical Debt Medical | | | | 1,471.00 |
| Account No. 1089967 <br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened  5/01/10  Last Active  8/01/10<br>Medical Debt Medical | | | | 697.00 |
| Account No. 1171406 <br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 12/01/10  Last Active  2/01/11<br>Medical | | | | 176.00 |

Sheet no. __7__ of __29__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal<br>(Total of this page)    2,394.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
      Kelly L McGinnis-Hansen    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 1171404<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 12/01/10  Last Active  2/01/11<br>Medical | | | | 139.00 |
| Account No. 1171405<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 12/01/10  Last Active  2/01/11<br>Medical | | | | 135.00 |
| Account No. 1438926<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 11/01/12  Last Active  1/01/13<br>Medical Debt Medical | | | | 99.00 |
| Account No. 1268918<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened  8/01/11  Last Active 10/01/11<br>Medical Debt Medical | | | | 94.00 |
| Account No. 1178889<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | Opened 12/01/10  Last Active  2/01/11<br>Medical | | | | 88.00 |

Sheet no. __8__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    555.00

B6F (Official Form 6F) (12/07) - Cont.

In re     Jeremy J Hansen,                                    Case No. _____
          Kelly L McGinnis-Hansen
_____,
                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. 1178889<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | | Opened 12/01/10  Last Active 2/01/11<br>Medical | | | | 88.00 |
| Account No. 1268918<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | | Opened 8/01/11  Last Active 10/01/11<br>Medical Debt Medical | | | | 94.00 |
| Account No. 1438926<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | | Opened 11/01/12  Last Active 1/01/13<br>Medical Debt Medical | | | | 99.00 |
| Account No. 1171405<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | | Opened 12/01/10  Last Active 2/01/11<br>Medical | | | | 135.00 |
| Account No. 1171404<br><br>Cr Sys Fox<br>630 S. Green Bay R Po Box 528<br>Neenah, WI 54956 | | W | | Opened 12/01/10  Last Active 2/01/11<br>Medical | | | | 139.00 |

Sheet no. _9_ of _29_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                          555.00

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeremy J Hansen,                                                                    Case No. _____
       Kelly L McGinnis-Hansen

_____,
                                                Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. 1171406 Cr Sys Fox 630 S. Green Bay R Po Box 528 Neenah, WI 54956 | | | W | | Opened 12/01/10  Last Active  2/01/11 Medical | | | | 176.00 |
| Account No. 1089967 Cr Sys Fox 630 S. Green Bay R Po Box 528 Neenah, WI 54956 | | | W | | Opened  5/01/10  Last Active  8/01/10 Medical Debt Medical | | | | 697.00 |
| Account No. 959301 Cr Sys Fox 630 S. Green Bay R Po Box 528 Neenah, WI 54956 | | | W | | Opened 12/01/08  Last Active  3/01/09 Medical Debt Medical | | | | 1,471.00 |
| Account No. 1061464 Credit Bureau Data Inc 115 6th St N La Crosse, WI 54601 | | H | | | Opened 11/25/09  Last Active  7/01/10 Collection Kwik Trip | | | | 85.00 |
| Account No. 1061465 Credit Bureau Data Inc 115 6th St N La Crosse, WI 54601 | | | W | | Opened 11/25/09 Collection Kwik Trip | | | | 54.00 |

Sheet no. __10__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,483.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen                                              Case No. _____

_____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. 1061465<br><br>Credit Bureau Data Inc<br>115 6th St N<br>La Crosse, WI 54601 | | W | | | Opened 11/25/09<br>Collection Kwik Trip | | | | 54.00 |
| Account No. 1061464<br><br>Credit Bureau Data Inc<br>115 6th St N<br>La Crosse, WI 54601 | | H | | | Opened 11/25/09  Last Active  7/01/10<br>Collection Kwik Trip | | | | 85.00 |
| Account No. 149938<br><br>Credit Management Cont<br>Po Box 1654<br>Green Bay, WI 54305 | | H | | | Opened  2/02/10<br>Collection Lemieux   Son Toyota | | | | 298.00 |
| Account No. 149938<br><br>Credit Management Cont<br>Po Box 1654<br>Green Bay, WI 54305 | | H | | | Opened  2/02/10<br>Collection Lemieux   Son Toyota | | | | 298.00 |
| Account No. 20090827X076CD<br><br>Cybrcollect<br>Po Box 1145 2350 South Ave Ste<br>La Crosse, WI 54601 | | W | | | Opened  8/01/09  Last Active 12/01/12<br>Returned Check 01 Island Music Inc | | | | 99.00 |

Sheet no. __11__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                834.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen    Case No. _____

_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. 988113 Cybrcollect Po Box 1145 2350 South Ave Ste La Crosse, WI 54601 | | W | | | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Salon Aura I | | | | 80.00 |
| Account No. 20090902X076EL Cybrcollect Po Box 1145 2350 South Ave Ste La Crosse, WI 54601 | | W | | | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Island Music Inc | | | | 54.00 |
| Account No. 20090902X076EL Cybrcollect Po Box 1145 2350 South Ave Ste La Crosse, WI 54601 | | W | | | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Island Music Inc | | | | 54.00 |
| Account No. 988113 Cybrcollect Po Box 1145 2350 South Ave Ste La Crosse, WI 54601 | | W | | | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Salon Aura I | | | | 80.00 |
| Account No. 20090827X076CD Cybrcollect Po Box 1145 2350 South Ave Ste La Crosse, WI 54601 | | W | | | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Island Music Inc | | | | 99.00 |

Sheet no.  12   of  29   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                  367.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                          Case No. _____
         Kelly L McGinnis-Hansen
_____,
                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Darboy Stone and Brick Inc. W3277 Creekview Lane Appleton, WI 54915 | | J | | | | | 2,292.00 |
| Account No. | | | | | | | |
| Darboy Stone and Brick Inc. W3277 Creekview Lane Appleton, WI 54915 | | J | | | | | 2,292.00 |
| Account No. unk | | | Opened 7/01/08 Last Active 7/01/08 Collection Einstein Pcs Collection | | | | |
| Einstein Wireless 2301 Kelbe Dr Little Chute, WI 54140 | | H | | | | | 60.00 |
| Account No. 7005265672FD00001 | | | Opened 1/28/11 Last Active 7/01/13 Educational | | | | |
| Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | W | | | | | 8,481.00 |
| Account No. 7005265672FD00001 | | | Opened 1/28/11 Last Active 7/01/13 Educational | | | | |
| Fed Loan Serv Po Box 69184 Harrisburg, PA 17106 | | W | | | | | 8,481.00 |

Sheet no. __13__ of __29__ sheets attached to Schedule of            Subtotal
Creditors Holding Unsecured Nonpriority Claims                    (Total of this page)            21,606.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                                    Case No. _____
          Kelly L McGinnis-Hansen
_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  FirstMerit Bank 295 First Merit Cir Akron, OH 44307 | | H | Opened 12/21/09 Last Active 5/01/13 Collection Firstmerit Bank | | | | 1,559.00 |
| Account No. unk  GE Capital PO BOX 960061 Orlando, FL 03289-6006 | | H | Opened 12/29/11 Last Active 7/01/13 Factoring Company Account Ge Money Bank Unk | | | | 578.00 |
| Account No. 7714110472197466  GE Money Bank  GE Capital PO BOX 960061 Orlando, FL 32896-0061 | | J | 07/12/13 Credit Card | | | | 576.40 |
| Account No. 1771410472197466  GECC / Sam's Club P O Box 960061 Orlando, FL 32896 | | J | 06/10/10 Credit Card | | | | 484.54 |
| Account No. 608826910  Glelsi/Community Frst Po Box 7860 Madison, WI 53707 | | W | Opened 12/15/09 Last Active 6/01/13 Educational | | | | 21,768.00 |

Sheet no. __14__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

24,965.94

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 608826910<br><br>Glelsi/Community Frst<br>Po Box 7860<br>Madison, WI 53707 | | W | Opened 12/15/09  Last Active  6/01/13<br>Educational | | | | 21,768.00 |
| Account No. unk<br><br>Hsbc Bank Nevada NA<br>1111 N Town Center Dr<br>Las Vegas, NV 89144 | | W | Opened  3/23/10  Last Active  6/01/13 Factoring<br>Company Account Hsbc Bank Nevada<br>unk | | | | 912.00 |
| Account No. unk<br><br>Island Music<br>858 Fox Point Plaza<br>Neenah, WI 54956 | | W | Opened  8/01/09  Last Active 12/01/12 Returned<br>Check 01 Island Music Inc<br>Returned Check 01 Island Music Inc | | | | 153.00 |
| Account No.<br><br>Jacob Law Group, PLLC<br>2623 West Oxford Loop<br>Oxford, MS 38655-5442 | | J | 06/10/10<br>Collection | | | | 484.54 |
| Account No. 2259 Spring Meadow Dr.   Neena<br><br>Jahnke Construction, LLC / Craig &<br>Tammy<br>W6918 Maple Terrace Rd<br>Greenville, WI 54942 | | J | 10/14/10<br>Contract | | X | X | 10,792.36 |

Sheet no. __15__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

34,109.90

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
        Kelly L McGinnis-Hansen    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. 339373<br><br>Jeff S Water Conditioning Inc<br>N1918 Municipal Dr<br>Hortonville, WI 54944 | | J | | Opened 11/01/09 Last Active 12/01/09 Jeff S Water Conditioning Inc<br>Contract | | | | 1,238.00 |
| Account No.<br><br>Jeff Strane<br>1186 Park Village Drive<br>Neenah, WI 54956 | | J | | Unknown | | X | X | Unknown |
| Account No.<br><br>Jeff Strane<br>1186 Park Village Drive<br>Neenah, WI 54956 | | J | | Unknown | | X | X | Unknown |
| Account No. #1630<br><br>KWIK TRIP /KWIK STAR STORES<br>P.O . BOX 1597<br>LA CROSSE, WI 54602-1597 | | J | | 08/09/10<br>Returned Check | | | | 190.00 |
| Account No. D13565983N1<br><br>Law Offices Of Crystal<br>119 Rockland Center<br>Nanuet, NY 10954 | | H | | Opened 4/01/09 Last Active 4/01/09<br>Returned Check The Store 98 Ms | | | | 195.00 |

Sheet no. __16__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    1,623.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
Kelly L McGinnis-Hansen

Case No. _____

                                                    ,
                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. D13565983N1<br><br>Law Offices Of Crystal<br>119 Rockland Center<br>Nanuet, NY 10954 | | H | | | Opened  4/01/09  Last Active  4/01/09<br>Returned Check The Store 98 Ms | | | | 195.00 |
| Account No. unk<br><br>Leon's Frozen Custard<br>3131 S. 27th St.<br>Milwaukee, WI 53215 | | H | | | Opened  8/05/09  Last Active  8/01/09 Returned Check Leons Frozen Custard Inc -<br>Returned Check | | | | 49.00 |
| Account No.<br><br>Maroszek Excavating Inc.<br>W685 Highway 160<br>Pulaski, WI 54162 | | J | | | Judgment | | | | 3,176.00 |
| Account No.<br><br>Maroszek Excavating Inc.<br>W685 Highway 160<br>Pulaski, WI 54162 | | J | | | Judgment | | | | 3,176.00 |
| Account No. MHFSAcct#: 1616845-16<br><br>Med-Health Financial Services<br>10200 W. Innovation Drive #100<br>P.O. Box 1996<br>Milwaukee, WI 53201-1996 | | J | | | 08/12/10<br>Medical | | | | 25.00 |

Sheet no.   17   of   29   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

6,621.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 3M3230320<br><br>Medical College Physicians<br>PO BOX 13308<br>Milwaukee, WI 53213-0308 | | J | 06/06/10<br>Medical | | | | 25.00 |
| Account No. 5801756<br><br>Merchants And Med Crr:<br>6324 Taylor Drive<br>Flint, MI 48507 | | H | Opened 12/21/09  Last Active  5/01/13<br>Collection Firstmerit Bank | | | | 1,559.00 |
| Account No. 5801756<br><br>Merchants And Med Crr:<br>6324 Taylor Drive<br>Flint, MI 48507 | | H | Opened 12/21/09  Last Active  5/01/13<br>Collection Firstmerit Bank | | | | 1,559.00 |
| Account No. 1616845<br><br>Mhfs (Original Creditor:Medical College<br>10200 W Innovation Dr St<br>Milwaukee, WI 53226 | | W | Opened  8/11/10<br>Collection Medical College Physicians | | | | 25.00 |
| Account No. 1616845<br><br>Mhfs (Original Creditor:Medical College<br>10200 W Innovation Dr St<br>Milwaukee, WI 53226 | | W | Opened  8/11/10<br>Collection Medical College Physicians | | | | 25.00 |

Sheet no. __18__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,193.00

B6F (Official Form 6F) (12/07) - Cont.

In re   Jeremy J Hansen,                                                Case No. _____
      Kelly L McGinnis-Hansen

_____,
                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 8537454099<br><br>Midland Funding (Original Creditor:Citib<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | Opened 11/29/10  Last Active  7/01/13<br>Factoring Company Account Citibank | | | | 620.00 |
| Account No. 8537454099<br><br>Midland Funding (Original Creditor:Citib<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | Opened 11/29/10  Last Active  7/01/13<br>Factoring Company Account Citibank | | | | 620.00 |
| Account No. 8545819200<br><br>Midland Funding (Original Creditor:Ge<br>Mo<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | Opened 12/29/11  Last Active  7/01/13<br>Factoring Company Account Ge Money Bank | | | | 578.00 |
| Account No. 8545819200<br><br>Midland Funding (Original Creditor:Ge<br>Mo<br>8875 Aero Dr Ste 200<br>San Diego, CA 92123 | | H | Opened 12/29/11  Last Active  7/01/13<br>Factoring Company Account Ge Money Bank | | | | 578.00 |
| Account No. unk<br><br>Nash Finch Company<br>7600 France Avenue South,<br>PO Box 355<br>Minneapolis, MN 55440-0355 | | W | Opened  2/01/10  Last Active  3/01/10  Collection<br>Pick N Save Fox<br>Collection | | | | 86.00 |

Sheet no. __19__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                             (Total of this page)    2,482.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
　　　　Kelly L McGinnis-Hansen

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. 6445163<br><br>Neenah Public Library<br>240 E Wisconsin Ave<br>Neenah, WI 54956 | | J | | Opened 12/05/07  Last Active  1/15/11  Collection<br>Neenah Public Library<br>Library charges | | | | 23.00 |
| Account No. P-AE-WI-174039<br><br>Oasis Legal Finance<br>40 North Skokie Blvd, Suite 500<br>Northbrook, IL 60062 | | H | | 08/19/10<br>Loan | | | | 3,185.00 |
| Account No. P-AE-WI-174039<br><br>Oasis Legal Finance<br>40 North Skokie Blvd, Suite 500<br>Northbrook, IL 60062 | | W | | 08/16/10<br>Loan | | | | 3,935.00 |
| Account No.<br><br>One Spirit Book Club<br>4501 Circle 75 Parkway Se Suite#A1270<br>Atlanta, GA 30339 | | J | | 07/29/10<br>Consumer | | | | 104.36 |
| Account No. 72879<br><br>Optivision<br>240 First Street<br>Neenah, WI 54956 | | J | | 11/19/10<br>Medical | | | | 10.00 |

Sheet no. __20__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

7,257.36

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
        Kelly L McGinnis-Hansen                                     Case No. _____

                                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 72619<br><br>Optivision<br>240 First Street<br>Neenah, WI 54956 | | | J | | 11/19/10<br>Medical | | | | 10.00 |
| Account No.<br><br>Owen L. Sonnenberg<br>N2908 Main Road<br>Hortonville, WI 54944 | | | J | | Contract/Judgment | | | | 8,500.00 |
| Account No.<br><br>Owen L. Sonnenberg<br>N2908 Main Road<br>Hortonville, WI 54944 | | | J | | Contract/Judgment | | | | 8,500.00 |
| Account No. 09CV001025<br><br>Paul Connard Construction<br>3190 Yeager Drive<br>Green Bay, WI 54311 | | | J | | Judgment | | | | 53,158.00 |
| Account No. 09CV001025<br><br>Paul Connard Construction<br>3190 Yeager Drive<br>Green Bay, WI 54311 | | | J | | Judgment | | | | 53,158.00 |

Sheet no. __21__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                            (Total of this page)             123,326.00

B6F (Official Form 6F) (12/07) - Cont.

In re  Jeremy J Hansen,
       Kelly L McGinnis-Hansen

Case No. _____

Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. 6011381020442370<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | | | Opened 3/23/10 Last Active 6/01/13<br>Factoring Company Account Hsbc Bank Nevada N.A. | | | | 912.00 |
| Account No. 6.01138E+15<br><br>Portfolio Recovery<br>120 Corporate Blvd Ste 1<br>Norfolk, VA 23502 | | W | | | Opened 3/23/10 Last Active 6/01/13<br>Factoring Company Account Hsbc Bank Nevada N.A. | | | | 912.00 |
| Account No. unk<br><br>Radiology Associates of the Fox Valley,<br>333 N Commercial St #100<br>Neenah, WI 54956 | | W | | | Opened 2/21/12 Last Active 5/01/12 Collection<br>Radiology-Assoc-Of-The-Fox-Val<br>Medical | | | | 708.00 |
| Account No.<br><br>Riverwalk<br>3033 Campus Drive, Suite 250<br>Minneapolis, MN 55441 | | J | | | Unknown | | X | X | Unknown |
| Account No.<br><br>Riverwalk<br>3033 Campus Drive, Suite 250<br>Minneapolis, MN 55441 | | J | | | Unknown | | X | X | Unknown |

Sheet no. __22__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,532.00

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen
_____,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. D1663756N1<br><br>Riverwalk Holdings Llc (Original Credito<br>1132 Glade Rd<br>Colleyville, TX 76034 | | H | Opened  8/26/09<br>Collection Chase Bank - Wamu #8 | | | | 1,272.00 |
| Account No. D1663756N1<br><br>Riverwalk Holdings Llc (Original Credito<br>1132 Glade Rd<br>Colleyville, TX 76034 | | H | Opened  8/26/09<br>Collection Chase Bank - Wamu #8 | | | | 1,272.00 |
| Account No.<br><br>RJM Acquisitions LLC<br>575 Underhill Blvd. Suite 224<br>Syosset, NY 11791 | | | 07/29/10 | | | | 104.36 |
| Account No. 08CV000695<br><br>Ronald & Jennifer Deiterberger<br>W4745 Overland Trail<br>Fond Du Lac, WI 54935 | | J | Contract/Judgment | | | | 535,120.00 |
| Account No. 08CV000695<br><br>Ronald Deiterburger<br>W4745 Overland Trail<br>Fond Du Lac, WI 54935 | | J | Contract/Judgment | | | | 535,120.00 |

Sheet no. __23__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

| 1,072,888.36 |
|---|

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen                                          Case No. _____

                                                                    ,
                                    Debtors
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
                              (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Salon/Spa Aura<br>900 South Taylor St.<br>Green Bay, WI 54303 | | W | Opened 8/01/09 Last Active 12/01/12 Returned Check 01 Salon Aura I Returned Check | | | | 80.00 |
| Account No.<br><br>Schmit Electric<br>1436 Northview Lane<br>Little Chute, WI 54140 | | J | Contract | | | | 8,165.00 |
| Account No.<br><br>Schmit Electric<br>1436 Northview Lane<br>Little Chute, WI 54140 | | J | Contract | | | | 8,165.00 |
| Account No.<br><br>Schomisch Legal Group<br>47 Park Place, Suite 250<br>Appleton, WI 54914 | | J | 09/14/10 Contract | | | | 15,053.24 |
| Account No. LC02063220-143<br><br>State Collection Service, Inc<br>2509 S. Stoughton Rd.<br>Madison, WI 53716 | | J | Medical | | | | 50.00 |

Sheet no. __24__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,513.24

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
      Kelly L McGinnis-Hansen        Case No. _____

                                                             ,
                                          Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 9208869099 020722<br><br>TDS TELECOMMUNICATIONS CORP<br>525 Junction Rd Ste 6000,<br>Madison, WI 53717 | | | J | | 06/02/10<br>unk | | | | 104.33 |
| Account No. 7099511521460<br><br>The Citi Private Bank<br>153 East 53rd Street<br>16/ F, Zone 19<br>New York, NY 10022 | | | J | | 07/25/13<br>Credit Card | | | | 619.65 |
| Account No. Acc#t: 9200177421<br><br>ThedaCare<br>Box 880810<br>Milwaukee, WI 53288-0810 | | | J | | 05/31/10<br>Medical | | | | 2,854.77 |
| Account No. Acc#t: 9200177421<br><br>ThedaCare<br>Box 880810<br>Milwaukee, WI 53288-0810 | | | J | | 05/31/10<br>Medical | | | | 2,854.77 |
| Account No.<br><br>Tom Eckstein LLC<br>2878 Fairview Road<br>Neenah, WI 54956 | | | J | | Unknown | | | | 3,312.00 |

Sheet no. __25__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

9,745.52

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen                                          Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Tom Eckstein LLC<br>2878 Fairview Road<br>Neenah, WI 54956 | | J | Unknown | | | | 3,312.00 |
| Account No. 3078264224<br><br>Toyota Financial Servi<br>Po Box 5726<br>Hopkins, MN 55343 | | H | Opened 5/28/08 Last Active 7/27/09<br>Auto Lease | | | | 8,159.00 |
| Account No. 3078264224<br><br>Toyota Financial Servi<br>Po Box 5726<br>Hopkins, MN 55343 | | H | Opened 5/28/08 Last Active 7/27/09<br>Auto Lease | | | | 8,159.00 |
| Account No. 9007076582<br><br>Trident Asset Manageme (Original Credito<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022 | | W | Opened 10/21/09 Last Active 6/01/13<br>Returned Check Cost Plus 166 | | | | 50.00 |
| Account No. 9007076582<br><br>Trident Asset Manageme (Original Credito<br>5755 Northpoint Pkwy Ste<br>Alpharetta, GA 30022 | | W | Opened 10/21/09 Last Active 6/01/13<br>Returned Check Cost Plus 166 | | | | 50.00 |

Sheet no. __26__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,730.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen                                         Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. 6445163 <br><br> Unique National Collec (Original Credito 119 E Maple St Jeffersonville, IN 47130 | | W | | | Opened 12/05/07 Last Active 1/15/11 Collection Neenah Public Library | | | | 23.00 |
| Account No. 6445163 <br><br> Unique National Collec (Original Credito 119 E Maple St Jeffersonville, IN 47130 | | W | | | Opened 12/05/07 Last Active 1/15/11 Collection Neenah Public Library | | | | 23.00 |
| Account No. 10CV000468 <br><br> US Bank National 4801 Frederica Street Owensboro, KY 42301 | | J | | | Foreclosure, 1293 Radcliff Road, Neenah, WI 54956 | | | X | Unknown |
| Account No. 10CV000468 <br><br> US Bank National 4801 Frederica Street Owensboro, KY 42301 | | J | | | Foreclosure, 1293 Radcliff Road, Neenah, WI 54956 | | | X | Unknown |
| Account No. 474798581 <br><br> Us Dept Of Ed/Glelsi Po Box 7860 Madison, WI 53707 | | H | | | Opened 9/16/10 Last Active 6/01/13 Educational | | | | 19,933.00 |

Sheet no. __27__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

19,979.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,
         Kelly L McGinnis-Hansen
                                                                    ,        Case No. _____
                                   Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 474797577<br><br>Us Dept Of Ed/Glelsi<br>Po Box 7860<br>Madison, WI 53707 | | H | Opened 6/16/09 Last Active 6/01/13<br>Educational | | | | 14,629.00 |
| Account No. 474797577<br><br>Us Dept Of Ed/Glelsi<br>Po Box 7860<br>Madison, WI 53707 | | H | Opened 6/16/09 Last Active 6/01/13<br>Educational | | | | 14,629.00 |
| Account No. 474798581<br><br>Us Dept Of Ed/Glelsi<br>Po Box 7860<br>Madison, WI 53707 | | H | Opened 9/16/10 Last Active 6/01/13<br>Educational | | | | 19,933.00 |
| Account No. 339373<br><br>Valley Credt (Original Creditor:Jeff S W<br>Po Box 2125<br>Appleton, WI 54913 | | H | Opened 11/01/09 Last Active 12/01/09<br>Jeff S Water Conditioning Inc | | | | 1,238.00 |
| Account No. 339373<br><br>Valley Credt (Original Creditor:Jeff S W<br>Po Box 2125<br>Appleton, WI 54913 | | H | Opened 11/01/09 Last Active 12/01/09<br>Jeff S Water Conditioning Inc | | | | 1,238.00 |

Sheet no.  28  of  29  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          51,667.00

B6F (Official Form 6F) (12/07) - Cont.

In re    Jeremy J Hansen,                                          Case No. _____
         Kelly L McGinnis-Hansen
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W | J C | | | | | |
| Account No. | | | J | | Contract | | | | |
| Wasmund Carpentry Inc N1808 Maple Terrace Greenville, WI 54942 | | | | | | | | | 2,250.00 |
| Account No. | | | J | | Contract | | | | |
| Wasmund Carpentry Inc N1808 Maple Terrace Greenville, WI 54942 | | | | | | | | | 2,250.00 |
| Account No. 1427933481 | | | W | | Opened 5/01/10 | | | | |
| Wisconsin Electric Pow 231 W Michigan St # A130 Milwaukee, WI 53203 | | | | | | | | | 833.00 |
| Account No. 1427933481 | | | W | | Opened 5/01/10 unk | | | | |
| Wisconsin Electric Pow 231 W Michigan St # A130 Milwaukee, WI 53203 | | | | | | | | | 833.00 |
| Account No. | | | | | | | | | |

Sheet no. __29__ of __29__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 6,166.00 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,639,117.75 |

B6G (Official Form 6G) (12/07)

.

In re     Jeremy J Hansen,                                                                          Case No. _____
          Kelly L McGinnis-Hansen
_____,
                            Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature
of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and
complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts,
state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not
disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code,<br>of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest.<br>State whether lease is for nonresidential real property.<br>State contract number of any government contract. |
| --- | --- |
| | |

0
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    Jeremy J Hansen,                                                    Case No. _____
         Kelly L McGinnis-Hansen
_____,
                            Debtors

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

0
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6I (Official Form 6I) (12/07)

In re    Jeremy J Hansen
         Kelly L McGinnis-Hansen                                    Case No. _____
                        Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child.  The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Married | RELATIONSHIP(S):<br>Son<br>Son | AGE(S):<br>16<br>17 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | Sales | Sales |
| Name of Employer | InfoSec Institute | SSV On-Line, LLC |
| How long employed | 6 months | 2 years, 10 months |
| Address of Employer | 7310 W. North Ave, Suite 4D<br>Elmwood Park, IL 60707 | 200 Mall Drive<br>Appleton, WI 54913 |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions  (Prorate if not paid monthly) | | $ 3,400.00 | $ 2,598.50 |
| 2. Estimate monthly overtime | | $ 0.00 | $ 0.00 |
| | | | |
| 3. SUBTOTAL | | $ 3,400.00 | $ 2,598.50 |
| | | | |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | | $ 340.00 | $ 260.00 |
| b. Insurance | | $ 0.00 | $ 34.00 |
| c. Union dues | | $ 0.00 | $ 0.00 |
| d. Other (Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | | | |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | | $ 340.00 | $ 294.00 |
| | | | |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | | $ 3,060.00 | $ 2,304.50 |
| | | | |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | | $ 0.00 | $ 0.00 |
| 8. Income from real property | | $ 0.00 | $ 0.00 |
| 9. Interest and dividends | | $ 0.00 | $ 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | | $ 0.00 | $ 629.00 |
| 11. Social security or government assistance<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| 12. Pension or retirement income | | $ 0.00 | $ 0.00 |
| 13. Other monthly income<br>(Specify): | | $ 0.00 | $ 0.00 |
| | | $ 0.00 | $ 0.00 |
| | | | |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | | $ 0.00 | $ 629.00 |
| | | | |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | | $ 3,060.00 | $ 2,933.50 |
| | | | |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ 5,993.50 | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

B6J (Official Form 6J) (12/07)

In re     Jeremy J Hansen
        Kelly L McGinnis-Hansen                   Case No. _____
                          Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 2,414.00 |
|    a. Are real estate taxes included?  Yes  X  No ___ | | |
|    b. Is property insurance included?  Yes  X  No ___ | | |
| 2. Utilities:  a. Electricity and heating fuel | $ | 300.00 |
|              b. Water and sewer | $ | 155.00 |
|              c. Telephone | $ | 321.00 |
|              d. Other  Internet | $ | 136.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 800.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 0.00 |
| 7. Medical and dental expenses | $ | 50.00 |
| 8. Transportation (not including car payments) | $ | 770.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 125.00 |
| 10. Charitable contributions | $ | 41.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
|              a. Homeowner's or renter's | $ | 45.00 |
|              b. Life | $ | 0.00 |
|              c. Health | $ | 165.00 |
|              d. Auto | $ | 109.00 |
|              e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
|       (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
|              a. Auto | $ | 0.00 |
|              b. Other  Student Loans (his) | $ | 450.00 |
|              c. Other  Student Loans (hers) | $ | 150.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other  See Detailed Expense Attachment | $ | 475.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 6,706.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.    Average monthly income from Line 15 of Schedule I | $ | 5,993.50 |
| b.    Average monthly expenses from Line 18 above | $ | 6,706.00 |
| c.    Monthly net income (a. minus b.) | $ | -712.50 |

**B6J (Official Form 6J) (12/07)**

In re    Jeremy J Hansen
         Kelly L McGinnis-Hansen                                    Case No. _____
                              Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Expenditures:**

| | | |
|---|---|---|
| Grooming | $ | 100.00 |
| Pets | $ | 50.00 |
| Gifts | $ | 125.00 |
| Children & School | $ | 50.00 |
| Cigarettes | $ | 100.00 |
| Miscellaneous | $ | 50.00 |
| **Total Other Expenditures** | $ | 475.00 |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jeremy J Hansen
       Kelly L McGinnis-Hansen                               Case No.
                                         Debtor(s)      Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   44   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  September  6, 2013               Signature   /s/ Jeremy J Hansen
                                                           Jeremy J Hansen
                                                           Debtor

Date  September  6, 2013               Signature   /s/ Kelly L McGinnis-Hansen
                                                           Kelly L McGinnis-Hansen
                                                           Joint Debtor

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

Software Copyright (c) 1996-2013 Best Case, LLC - www.bestcase.com                                         Best Case Bankruptcy

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeremy J Hansen
           Kelly L McGinnis-Hansen                                       Case No.

                                                       Debtor(s)                  Chapter            7

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $20,604.00 | 2013 YTD: Husband InfoSec Institute |
| $10,145.00 | 2011: Husband West Business Services |
| $21,937.00 | 2013 YTD: Wife SSV On-Line, LLC |
| $27,000.00 | 2012: Wife SSV On-Line, LLC |
| $18,345.00 | 2011: Wife SSV On-Line, LLC |

B7 (Official Form 7) (04/13)
2

## 2. Income other than from employment or operation of business

**None** ■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|--------|--------|

## 3. Payments to creditors

**None** ■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|------------------------------|-------------------|-------------|--------------------|

**None** ■

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|------------------------------|------------------------------|-----------------------------------|--------------------|

**None** ■

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---------------------------------------------------------|-----------------|-------------|--------------------|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

**None** ☐

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---------------------------------|----------------------|------------------------------|------------------------|
| Paul Conard Constrution Inc. v Jeremy Hansen et al, 09 CV 001025, 11TJ000129, 11TJ000136 | Contract/collection | Brown County Wisconsin Circuit Court | Judgment |
| Ronald Dietenburger et al v. Jeff Strane et al, 08CV000695, 09TJ000063, 09TJ000144, 09TJ000155, 09TJ000053 | Contract/Collectio n | Fond du Lac County Circuit Court | Judgment |
| Brian K. Friebel et al v. American Classics Home and Development et al, 08 CV 000160, 09TJ000160 | Contract/Collectio n | Oconto County Circuit Court | Judgment |

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Portfolio Recovery Associates v. Kelly McGinnis, 13SC001372 | Collection | Winnebago County Wisconsin Circuit Court | Closed |
| Lewins Electric v. American Classics et al, 08SC005334 | Contract/Collection | Outagamie County Wisconsin Circuit Court | Closed/Judgment |
| Maroszek Excavating Inc. v. American Classics Homes et al 08SC000807 | Collection | Oconto County Wisconsin Circuit Court | Judgment |
| Owen L. Sonnenberg v. American Classics Homes et al 09SC004781 | Collection/contract | Winnegago Wisconsin Circuit Court | Judgment |
| Owen L. Sonnenberg v. American Classics Homes et al 09SC004782 | Contract/Collection | Winnebago County Wisconsin Circuit Court | Judgment |
| Brian Weinberg v. American Classics Homes et al 08SC003597 | Conbtract/Collecction | Outagamie County Wisconsin Circuit Court | Judgment |
| Toyota Motor Credit v. Jeremy & Kelly Hansen, 09SC007585 | Contract | Brown County Wisconsin Circuit Court | Judgment |
| Blenker Construction Company v. American Classics Home et al 09TJ000044 | Contract | Calumet County Wisconsin Circuit Court | Judgment |
| Blenker Building Systems v. Jeromy Hansen, 09CL000005 | Construction Lien | Calument County Wisconsin Circuit Court | |
| Capital One Bank v. Jeromy Hansen, 10SC001314 | Collection | Winnebago County Wisconsin Ciruit Court | Judgment |
| Darboy Stone and Brick Inc. v. Kelly McGinnis et al 08CL000014 | Lien | Winnebago Wisconsin Circuit Court | Judgment |
| Wasmund Carpentry Inc v. American Classics Homes et al, 08CL000017 | Lien for work | Winnebago County Wisconsin Circuit Court | Judgment |
| Schmit Electric v. Kelly McGinnis et al 08CL000020 | Lien for Work performed | Winnebago County Wisconsin Circuit Court | Judgment |
| ACM Riverwalk IV B LLC v. Jeromy Hansen et al 13SC002829 | Unknown | Winnebago Wisconsin Circuit Court | Pending |
| US Bank National Association v. kelly McGinnis et al, 10CV000468 | Foreclosure | Winnebago Wisconsin Circuit Court | Closed |
| Capital One Bank v. Kelly McGinnis, 10SC001569 | Collection | Winnebago County Wisconsin Circuit Court | Judgment |
| Tom Eckstein LLC v. Kelly McGinnis, 08 SC 002040 | Collection | Winnebago County Wisconsin Circuit Court | Judgment |

None
■  b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

B7 (Official Form 7) (04/13)
4

**5. Repossessions, foreclosures and returns**

None ☐  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Toyota | 2010 | 2008 Toyota Tundra - leased vehicle repossessed. |
| US Bank National | Novermber 3, 2012 | Debtors residence at 1293 Radcliff Road, Neenah, WI |

**6. Assignments and receiverships**

None ■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None ■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None ■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B7 (Official Form 7) (04/13)
5

### 9. Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| R. Winston Slater<br>109 N. Main Street<br>Algonquin, IL 60102 | September 2013 | $950 |

### 10. Other transfers

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
6

**14.  Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15.  Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| Per petition | Kelly McGinnis | 8/1/13 thru Present |
| 2259 Spring Meadow Dr., Neenah, WI 54956 | Kelly McGinnis | 2/11 - 8/1/13 |
| Per petition | Jeromy Hansen | 6/13 - Present |
| 731 Federal Parkway, Lindenhurst, IL 60046 | Jeromy Hansen | 3/30/13 - 6/13 |
| 2233 Richmond Av, Manitowoc, WI | Jeromy Hansen | 1/13 - 3/30/13 |
| 2259 Spring Meadow, Neenah, WI | Jeromy Hansen | 2/10 - 1/13 |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (04/13)

7

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

B7 (Official Form 7) (04/13)
8

---

**20. Inventories**

None
■    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

DATE OF INVENTORY        INVENTORY SUPERVISOR        DOLLAR AMOUNT OF INVENTORY
(Specify cost, market or other basis)

None
■    b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

DATE OF INVENTORY        NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY
RECORDS

---

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
■    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

NAME AND ADDRESS        TITLE        NATURE AND PERCENTAGE
OF STOCK OWNERSHIP

---

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

---

**23 . Withdrawals from a partnership or distributions by a corporation**

None
■    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,        DATE AND PURPOSE        AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR    OF WITHDRAWAL        OR DESCRIPTION AND
VALUE OF PROPERTY

---

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

---

B7 (Official Form 7) (04/13)
9

**25. Pension Funds.**

None    If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an
■      employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto
and that they are true and correct.


Date    September  6, 2013                    Signature    /s/ Jeremy J Hansen
                                                            Jeremy J Hansen
                                                            Debtor


Date    September  6, 2013                    Signature    /s/ Kelly L McGinnis-Hansen
                                                            Kelly L McGinnis-Hansen
                                                            Joint Debtor

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeremy J Hansen      Case No. _____
       Kelly L McGinnis-Hansen

                           Debtor(s)      Chapter    7

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>-NONE- | **Describe Property Securing Debt:** |
| **Property will be (check one):**<br>☐ Surrendered                ☐ Retained<br><br>If retaining the property, I intend to (check at least one):<br>    ☐ Redeem the property<br>    ☐ Reaffirm the debt<br>    ☐ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).<br><br>Property is (check one):<br>    ☐ Claimed as Exempt              ☐ Not claimed as exempt | |

**PART B** - Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>-NONE- | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>☐ YES      ☐ NO |

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   September  6, 2013           Signature   /s/ Jeremy J Hansen
                                              Jeremy J Hansen
                                              Debtor

Date   September  6, 2013           Signature   /s/ Kelly L McGinnis-Hansen
                                              Kelly L McGinnis-Hansen
                                              Joint Debtor

# United States Bankruptcy Court
## Northern District of Illinois

In re  Jeremy J Hansen
Kelly L McGinnis-Hansen

Debtor(s)

Case No. _____

Chapter    7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 950.00 |
| Prior to the filing of this statement I have received | $ | 950.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      Preparation and filing of reaffirmation agreements and applications as needed.

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    September  6, 2013

/s/ R. Winston Slater
R. Winston Slater
Maksymonko & Slater
109 N. Main Street
Algonquin, IL 60102
847-658-1400  Fax: 847-658-7900
attorney@winstonslater.com

---

# Contract For Bankruptcy Services

This agreement is executed this ___**6th**___ day of _____**September, 2013**_____ by and between attorney R. Winston Slater ("Attorney") and between, between **Jerome J. Hansen** and **Kelly L. McGinnis-Hansen**, the parties agree as follows:

1.  **Type of Bankruptcy**

Debtors retain Attorney to file a Chapter **7** bankruptcy. If the Debtor determines at a later date that Debtors desire to file a Chapter 13 bankruptcy, the parties shall execute a new fee contract setting forth the terms of such representation.

2.  **Services Provided by Attorney**

Contingent upon being paid for the services as specified below, the Attorney shall provide the following legal services for the Debtor:

Consultation concerning eligibility and requirements for filing bankruptcy. Providing and discussing required disclosures and statements. Preparation and filing of petition. Attendance at §341 meeting of creditors. Attendance at confirmation hearing (Chapter 13).

3.  **Fees**

The base fee for the filing of the bankruptcy is **$950**. The fee is based on the following assumptions:

a) Debtor has provided attorney with complete and accurate information.

This fee does not include filing fee, credit report fees, and fees in connection with debt counseling and education courses. If the assumption set out above is inaccurate, and as a result, the amount of legal service to be provided by the Attorney and/or his staff is increased, the fee shall be increased accordingly to compensate the Attorney for the additional time and expense in providing the legal services.

4.  **Terms Of Payment**

a. The fees shall be paid in full prior to the filing of the bankruptcy.
b. A minimum and non-refundable retainer of **$250** shall be required prior to beginning preparation of the petition.
c. No refund shall be allowed after completion of the petition (except for refund of filing fee if petition has not been filed). If the Debtors elect not to file bankruptcy, a refund will be made only to the extent that fees paid exceed Attorney's non-refundable deposit plus Attorney's time billed at the rate of **$225/hour**.

5.  **Services Not Provided Under the Base Fee**.

Only the services set forth above are included under the Base Fee. These services, however, are generally sufficient to handle and complete most bankruptcies, sometimes referred to as "ordinary" or "simple" bankruptcies. Examples of services not included are motions or ancillary proceedings brought by the trustee or third parties that may seek to modify the automatic stay or challenge Debtors' right to file bankruptcy or to the relief, including discharge, sought.

1

In the event that services not covered by the Base Fee are required, Attorney will notify Debtors prior to undertaking such additional services. Attorney shall discuss the scope of the additional work expected, the range of costs and Attorney shall be entitled to a further payment for such additional services in advance of performance of the services.

6. **Debtor's Obligations.**

The Debtor's Obligations are as follows

a) To pay the fees as set out above.
b) To provide accurately and honestly all the information necessary to prepare and file the chapter 7 bankruptcy and to pay the fees due the Trustees office monthly according to the plan.
c) To keep the Attorney advised at all times of the Debtor's address and telephone numbers.
d) To attend the 341 Creditors Meeting and any other hearings set in the case.
e) To provide any information requested of the Debtor by the chapter 13 trustee, the U.S. Trustee, or any other party in the case, unless the Court rules that the Debtor is not required to provide the information.
f) To respond immediately to any requests of the Debtor by the Attorney or the Attorney' staff.

_____
Debtor                                    Date

_____   9/9/13
Attorney                                  Date

_____ 9.6.13
Debtor                                    Date

2

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition. In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address. If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies. Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses. Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)
Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)
Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois

In re   Jeremy J Hansen
       Kelly L McGinnis-Hansen                              Case No.

                                                Debtor(s)           Chapter    7

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

| Jeremy J Hansen | | X  /s/ Jeremy J Hansen | September 6, 2013 |
|---|---|---|---|
| Kelly L McGinnis-Hansen | | | |
| Printed Name(s) of Debtor(s) | | Signature of Debtor | Date |
| | | | |
| Case No. (if known) | | X  /s/ Kelly L McGinnis-Hansen | September 6, 2013 |
| | | Signature of Joint Debtor (if any) | Date |

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1. Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor. The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

# United States Bankruptcy Court
## Northern District of Illinois

In re    Jeremy J Hansen
       Kelly L McGinnis-Hansen                       Case No. _____

                                      Debtor(s)        Chapter    7

## VERIFICATION OF CREDITOR MATRIX

Number of Creditors: _____ 94

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:    September  6, 2013           /s/ Jeremy J Hansen
                                        Jeremy J Hansen
                                        Signature of Debtor

Date:    September  6, 2013           /s/ Kelly L McGinnis-Hansen
                                        Kelly L McGinnis-Hansen
                                        Signature of Debtor

Affinity Medical Group
PO BOX 1047
Neenah, WI 54956


Afni, Inc.
404 Brock Drive
PO Box 3427
Bloomington, IL 61702-3427


Americollect Inc
1851 S Alverno Rd
Manitowoc, WI 54220


Americollect Inc
1851 South Alverno Road
Manitowoc, WI 54220


AmeriCredit
P.O. Box 78143
Phoenix, AZ 08506-2814


AT&T Mobility
PO BOX 6416
Carol Stream, IL 60197-6417


Blenker Construction Company
500 Lorry Street
P.O. Box 40
Amherst, WI 54406


Brian & Mindi Friebel
12135 S. Canoe Lane
Suring, WI 54174


Brian Friebel
12135 S. Canoe Lane
Suring, WI 54174


Brian Weinberg
1690 Drum Corps Drive, Apt E
Menasha, WI 54952


Brown Family Dentistry
996 S. Green Bay Rd.
Neenah, WI 54956

Cap One
Po Box 85520
Richmond, VA 23285

Capital Management Services
726 Exchange St, Suite 700
Buffalo, NY 14210

CAPITAL MANAGEMENT SERVICES, LP
726 Exchange Street Suite 700
Buffalo, NY 14210

Capital One
E Shore Drive 12017-0380
Glen Allen, VA 23059

Central Credit Services, Inc.
PO BOX 15118
Jacksonville, FL 32239-5118

Chase
P.O. Box 15298
Wilmington, DE 19850

Chase
Po Box 15298
Wilmington, DE 19850

Chase Bank Corporate Office & Headquarte
270 Park Avenue Floor 12
New York, NY 10017

CITG ConsumerCITGO Petroleum Corporation
P.O. Box 4689
Houston, TX 77210-4689

Citgo/Cbna
Po Box 6497
Sioux Falls, SD 57117

Citgo/Citi
Po Box 6497
Sioux Falls, SD 57117-6497

Computer Credit, Inc.
Claim Dept. 003005
125 North Executive Dr. #344
Brookfield, WI 53005-6012


Cr Sys Fox
630 S. Green Bay R Po Box 528
Neenah, WI 54956


Credit Bureau Data Inc
115 6th St N
La Crosse, WI 54601


Credit Management Cont
Po Box 1654
Green Bay, WI 54305


Cybrcollect
Po Box 1145 2350 South Ave Ste
La Crosse, WI 54601


Darboy Stone and Brick Inc.
W3277 Creekview Lane
Appleton, WI 54915


Einstein Wireless
2301 Kelbe Dr
Little Chute, WI 54140


Fed Loan Serv
Po Box 69184
Harrisburg, PA 17106


FirstMerit Bank
295 First Merit Cir
Akron, OH 44307


GE Capital
PO BOX 960061
Orlando, FL 03289-6006


GE Money Bank  GE Capital
PO BOX 960061
Orlando, FL 32896-0061

GECC / Sam's Club
P O Box 960061
Orlando, FL 32896


Glelsi/Community Frst
Po Box 7860
Madison, WI 53707


Gregory Gerbers
801 E. Walnut Street
Green Bay, WI 54301


Heidi Herschede
914 Spaight Street No. 4
Madison, WI 53703


Hsbc Bank Nevada NA
1111 N Town Center Dr
Las Vegas, NV 89144


Island Music
858 Fox Point Plaza
Neenah, WI 54956


Jacob Law Group, PLLC
2623 West Oxford Loop
Oxford, MS 38655-5442


Jahnke Construction, LLC / Craig & Tammy
W6918 Maple Terrace Rd
Greenville, WI 54942


James R. Long
5735 W. Spencer Street
Appleton, WI 54914


Jeff S Water Conditioning Inc
N1918 Municipal Dr
Hortonville, WI 54944


Jeff Strane
1186 Park Village Drive
Neenah, WI 54956

Jenifer D. Binder
2900 Hoover Road, Suite A
Stevens Point, WI 54481


Joshua J. Brady
501 West Northshore Drive, Suite 30
Milwaukee, WI 53217


Kevin T. White
735 North Water Street, Suite 1300
Milwaukee, WI 53202


Kristy Christensen
2401 East Enterprise Av
Appleton, WI 54913


KWIK TRIP /KWIK STAR STORES
P.O . BOX 1597
LA CROSSE, WI 54602-1597


Law Offices Of Crystal
119 Rockland Center
Nanuet, NY 10954


Leon's Frozen Custard
3131 S. 27th St.
Milwaukee, WI 53215


Maroszek Excavating Inc.
W685 Highway 160
Pulaski, WI 54162


Med-Health Financial Services
10200 W. Innovation Drive #100
P.O. Box 1996
Milwaukee, WI 53201-1996


Medical College Physicians
PO BOX 13308
Milwaukee, WI 53213-0308


Merchants And Med Crr:
6324 Taylor Drive
Flint, MI 48507

Mhfs (Original Creditor:Medical College
10200 W Innovation Dr St
Milwaukee, WI 53226


Michael Rust
480 Pilgram Way, Suite 1200
Green Bay, WI 54304


Michael Vander Berg
N3989 Washington Ave
Kaukauna, WI 54130


Midland Funding (Original Creditor:Citib
8875 Aero Dr Ste 200
San Diego, CA 92123


Midland Funding (Original Creditor:Ge Mo
8875 Aero Dr Ste 200
San Diego, CA 92123


Nash Finch Company
7600 France Avenue South,
PO Box 355
Minneapolis, MN 55440-0355


Neenah Public Library
240 E Wisconsin Ave
Neenah, WI 54956


Oasis Legal Finance
40 North Skokie Blvd, Suite 500
Northbrook, IL 60062


One Spirit Book Club
4501 Circle 75 Parkway Se Suite#A1270
Atlanta, GA 30339


Optivision
240 First Street
Neenah, WI 54956


Owen L. Sonnenberg
N2908 Main Road
Hortonville, WI 54944

Paul Connard Construction
3190 Yeager Drive
Green Bay, WI 54311


Paul Cornett
200 E. Main Street
Little Chute, WI 54140


Portfolio Recovery
120 Corporate Blvd Ste 1
Norfolk, VA 23502


Portfolio Recovery
140 Corporate Blvd
Norfolk, VA 23502


Radiology Associates of the Fox Valley,
333 N Commercial St #100
Neenah, WI 54956


Riverwalk
3033 Campus Drive, Suite 250
Minneapolis, MN 55441


Riverwalk Holdings Llc (Original Credito
1132 Glade Rd
Colleyville, TX 76034


RJM Acquisitions LLC
575 Underhill Blvd. Suite 224
Syosset, NY 11791


Ronald & Jennifer Deiterberger
W4745 Overland Trail
Fond Du Lac, WI 54935


Ronald Deiterburger
W4745 Overland Trail
Fond Du Lac, WI 54935


Salon/Spa Aura
900 South Taylor St.
Green Bay, WI 54303

Schmit Electric
1436 Northview Lane
Little Chute, WI 54140


Schomisch Legal Group
47 Park Place, Suite 250
Appleton, WI 54914


State Collection Service, Inc
2509 S. Stoughton Rd.
Madison, WI 53716


TDS TELECOMMUNICATIONS CORP
525 Junction Rd Ste 6000,
Madison, WI 53717


The Citi Private Bank
153 East 53rd Street
16/ F, Zone 19
New York, NY 10022


ThedaCare
Box 880810
Milwaukee, WI 53288-0810


Timothy Anderson
219 East Wisconsin Ave
Neenah, WI 54956


Tom Eckstein LLC
2878 Fairview Road
Neenah, WI 54956


Toyota Financial Servi
Po Box 5726
Hopkins, MN 55343


Toyota Motor Credit
5005 North River Blvd NE
Cedar Rapids, IA 52411


Trident Asset Manageme (Original Credito
5755 Northpoint Pkwy Ste
Alpharetta, GA 30022

Unique National Collec (Original Credito
119 E Maple St
Jeffersonville, IN 47130


US Bank National
4801 Frederica Street
Owensboro, KY 42301


Us Dept Of Ed/Glelsi
Po Box 7860
Madison, WI 53707


Valley Credt (Original Creditor:Jeff S W
Po Box 2125
Appleton, WI 54913


Wasmund Carpentry Inc
N1808 Maple Terrace
Greenville, WI 54942


Wisconsin Electric Pow
231 W Michigan St # A130
Milwaukee, WI 53203